# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00066-CV

**In re Jeffrey Greenstein and Charles H. Wilk**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition of relators Jeffrey Greenstein and Charles H. Wilk for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed:   February 25, 2010